UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

MICHAEL GAFFNEY,

                      Plaintiff,

    -against-

MUHAMMAD ALI ENTERPRISES LLC;
AUTHENTIC BRANDS GROUP LLC; ROOTS OF,
INC., d/b/a ROOTS OF FIGHT; and DOES 1-10,

                      Defendants.

------------------------------------x

ORDER

20 Civ. 7113 (GBD)(OTW)

GEORGE B. DANIELS, United States District Judge:

Oral argument on Defendants' motion to dismiss, (ECF No. 21) is scheduled for June 3, 2021 at 10:30 am.

Dated: New York, New York
       April 1, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge