**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

MICHAEL GAFFNEY,

                      Plaintiff,

    -against-

MUHAMMAD ALI ENTERPRISES LLC;
AUTHENTIC BRANDS GROUP LLC; ROOTS OF,
INC., d/b/a ROOTS OF FIGHT; and DOES 1-10,

                      Defendants.

------------------------------------x

ORDER

20 Civ. 7113 (GBD)(OTW)

GEORGE B. DANIELS, United States District Judge:

    Defendants' request to file a redacted version of Exhibit A to the Declaration of Jessica Rutherford, Esq., (ECF No. 40), is GRANTED. Defendants' unredacted version of Exhibit A to the Declaration of Jessica Rutherford, Esq., (ECF NO. 42), is to remain sealed.

    The Clerk of Court is directed to close the letter motions, (ECF No. 40), accordingly.

Dated: New York, New York
       October 19, 2021

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge