UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL GAFFNEY,<br><br>    Plaintiff,<br><br>    v.<br><br>MUHAMMAD ALI ENTERPRISES LLC, a New York Limited Liability Company; AUTHENTIC BRANDS GROUP LLC, a New York Limited Liability Company; ROOTS OF, INC., a California corporation d/b/a "ROOTS OF FIGHT;" and DOES 1-10,<br><br>    Defendants. | Civil Action No. 1:18-CV-08770 (GBD)<br><br>Civil Action No. 1:20-CV-07113 (GBD)<br><br>Hon. George B. Daniels |

**PLAINTIFF MICHAEL GAFFNEY'S
NOTICE OF MOTION FOR ATTORNEYS' FEES AND COSTS**

PLEASE TAKE NOTICE that Plaintiff Michael Gaffney ("Gaffney" or "Plaintiff"), by his attorneys, Glaser Weil Fink Howard Jordan & Shapiro LLP and Spinella Law Group, LLC, shall move this Court, before Hon. George B. Daniels, United States District Judge, at the United States Courthouse, 500 Pearl Street, Courtroom 1310, New York, New York 10007, on a date and at a time to be set by the Court, for an order awarding Gaffney, as the prevailing party, his reasonable attorneys' fees and costs incurred in pursuing this action pursuant to section 505 of the Copyright Act. Gaffney is concurrently filing a Memorandum of Law, and Declarations of Robert Allen, Jack Spinella, Anthony Davis, and Michael Gaffney, and accompanying exhibits in support of his motion.

Date: August 22, 2025

Respectfully submitted,

By: ____/s/ Robert E. Allen____
Robert E. Allen (*pro hac vice*)
Jason C. Linger (*pro hac vice*)
Glaser Weil Fink Howard Jordan &
 Shapiro LLP
10250 Constellation Blvd., 19th Fl.
Los Angeles, CA 90067
Telephone: (310) 282-6280
rallen@glaserweil.com
jlinger@glaserweil.com

Jack Spinella
Spinella Law Group, LLC
425 Madison Avenue
New York, New York 10123
Telephone: (908) 947-2336
jspinella@spinellalawgroup.com

*Attorneys for Plaintiff
Michael Gaffney*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2025, a copy of the foregoing was filed electronically.

Notice of this filing will be sent to the parties through the Court's Electronic Case Filing System.

*/s/ Robert E. Allen*
Robert E. Allen