UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL GAFFNEY,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>MUHAMMAD ALI ENTERPRISES LLC, a New York Limited Liability Company; AUTHENTIC BRANDS GROUP LLC, a New York Limited Liability Company; ROOTS OF, INC., a California corporation d/b/a "ROOTS OF FIGHT;" and DOES 1-10,<br><br>　　　　　　Defendants. | Civil Action No. 1:18-CV-08770 (GBD)<br><br>Civil Action No. 1:20-CV-07113 (GBD)<br><br>**PLAINTIFF MICHAEL GAFFNEY'S NOTICE OF CROSS-APPEAL** |

　　　PLEASE TAKE NOTICE that Plaintiff Michael Gaffney ("Gaffney"), by his undersigned counsel, hereby cross-appeals to the United States Court of Appeals for the Second Circuit from the Judgment entered in these actions by the Honorable George B. Daniels, United States Senior District Court Judge for the Southern District of New York, on August 12, 2025 (ECF No. 353 in '8770 Action, ECF No. 228 in '7113 Action), and from the portions of all orders, rulings, and findings underlying the Judgment that were adverse to Gaffney, including, but not limited to: (1) the Court's exclusion of certain methodology by Gaffney's actual damages expert, Professor Jeffrey Sedlik; (2) the Court's post-trial reduction of the jury's award of infringer's profits from $750,000 to $4,649.

　　　Defendants Authentic Brands Group LLC and Muhammad Ali Enterprises LLC previously appealed the Court's Judgment in these actions on September 11, 2025, and those appeals have been assigned Second Circuit Case Nos. 25-2218 (the '8770 Action) and 25-2219 (the '7113 Action). Gaffney respectfully requests that Defendants' two appeals and Gaffney's

1

cross-appeal be consolidated since both district court actions were consolidated and went to trial together in September 2024.

Date: September 16, 2025

Respectfully submitted,

   */s/ Robert E. Allen*
Robert E. Allen (*pro hac vice*)
Jason C. Linger (*pro hac vice*)
GLASER WEIL FINK HOWARD JORDAN &
 SHAPIRO LLP
10250 Constellation Blvd., 19th Fl.
Los Angeles, CA 90067
Telephone: (310) 282-6280
rallen@glaserweil.com
lhadley@glaserweil.com
jlinger@glaserweil.com

Jack Spinella
Spinella Law Group, LLC
425 Madison Avenue
New York, New York 10123
Telephone: (908) 947-2336
jspinella@spinellalawgroup.com

*Attorneys for Plaintiff Michael Gaffney*

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 16, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties through the Court's Electronic Case Filing System.

                                                         */s/ Robert E. Allen*
                                                         Robert E. Allen