**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x

MICHAEL GAFFNEY,                           :

               Plaintiff,             :

    -against-                              :              ORDER

MUHAMMAD ALI ENTERPRISES LLC;              :    20 Civ. 7113 (GBD)(OTW)
AUTHENTIC BRANDS GROUP LLC; ROOTS OF,      :    18 Civ. 8770 (GBD)(OTW)
INC., d/b/a ROOTS OF FIGHT; and DOES 1-10, :

              Defendants.            :

------------------------------------ x

GEORGE B. DANIELS, United States District Judge:

In light of the bond posted at ECF No. 247, Plaintiff's application for a Writ of Execution

(ECF No. 244) is denied.  The Clerk of Court is hereby directed to close the open motions at ECF

Nos. 245 and 248.

Dated:  **FEB 0 3 2026**
      New York, New York

SO ORDERED.

*George B Daniel*

GEORGE B. DANIELS
United States District Judge